PLAINTIFF'S EXHIBIT

MAK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Friend of Jesus Goodnews club
International 6525 Altman St.
Philadelphia, PA 19142

*(In the space above enter the full name(s) of the plaintiff(s).)*

David Cassel

- against -

Homeland Security
Chestnut St. & Chestnut St Janis
Philadelphia, PA 19106

20    306

**COMPLAINT**

DEFENDANT'S EXHIBIT

Jury Trial: ☐ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              David B. Cassell
            Street Address    6525 Altman St.
            County, City      Philadelphia, Pa
            State & Zip Code  Pa  19142
            Telephone Number  202-290-5261

*Rev. 10/2009*



B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper.

Defendant No. 1   Name **Homeland Security**
Street Address
County, City **CHESTNUT ST & CHESTNUT ST.**
State & Zip Code **PHILADELPHIA, PA 19106**

Defendant No. 2   Name
Street Address
County, City
State & Zip Code

Defendant No. 3   Name
Street Address
County, City
State & Zip Code

Defendant No. 4   Name
Street Address
County, City
State & Zip Code

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    Q  Federal Questions        Q  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **The basis of lawsuit is Human Rights violations. I want to be paid (a) 1 million (b) defendant cost 1 million (c) 10 defendant 900 trillion (d) Human Rights advocate expenses $ 900 Trillion must be deducted from defendants payment.**

Rev. 10/2009                                    - 2 -

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  David Blackson Cassell

Defendant(s) state(s) of citizenship  Americans

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur?  New York, Pennsylvania, Chicago.

B.  What date and approximate time did the events giving rise to your claim(s) occur?  2007 — 2020

**What happened to you?**

C.  Facts:  Human Rights violation

**Who did what?**

Pennsylvania, Criminal Court, Police department,

**Was anyone else involved?**

No —

**Who else saw what happened?**

Court officer were present when the assault took place

Rev. 10/2009                                    - 3 -

IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Yes. hands, ankles, and rest of your body.

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want justice and recompensated. I also want all defendants to subpoena as whole — Since my immigration status is being threatened. Finally, I want my old case to open as indicated by United States articles relating to human Rights violation. I want all my court cost to be paid

I declare under penalty of perjury that the foregoing is true and correct.

EXHIBIT

Signed this 1⁴ day of _____, 20 2₀

Signature of Plaintiff _David B Cassell_____
Mailing Address  625 Altman St.
                 Philadelphia, Pa 19142

Telephone Number  202 290 5261
Fax Number (if you have one) _____
E-mail Address  DavidBCassell81 Gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 14 day of January, 20 2₀, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _David B Cassell_____
Inmate Number _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAK

**20  306**

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: David Blackson Cassell

Address of Defendant: 6525 Aliman St.

Place of Accident, Incident or Transaction: New York, Philadelphia, Chicago

THIS CASE IS RELATED TO: 20-305

CIVIL ACTION NO. 20-306
CRIMINAL NO.

ASSIGNED TO: Judge Kearney

Date Terminated: 2007-2017

Yes ✓   No ☐
Yes ✓   No ☐
Yes ✓   No ☐
Yes ✓   No ☐

or within one year previously terminated action in this court except as noted above.

DATE: 01/14/20

*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

CIVIL: (Place a ✓ in one category only)

A. **Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
✓ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
✓ 10. Social Security Review Cases
✓ 11. All other Federal Question Cases
*(Please specify):*

10 - B - C

B. **Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
✗ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):*
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
*(Please specify):*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 01/14/20

David Blackson Cassell     David B. Cassell
*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

MAK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Friends of Jesus Goodnews Club INT. ~~Defendants~~ : CIVIL ACTION

v.

Defendants : NO. 20  306

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   (X)

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   (✓)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

01/14/20                                    David B. Cassell
**Date**                                    **Pro Se Plaintiff**

202-290-5261          N/A           Davidcassel81@gmail.com
**Telephone**         **FAX Number**       **E-Mail Address**

(Civ. 660) 10/02